*781 CHRISTEN, Circuit Judge,
dissenting:
I respectfully dissent from the portion of the court’s disposition affirming the district court’s summary judgment ruling on the issue of independent creation. Under California law, an inference of use may be rebutted by “evidence of independent creation that is ‘clear, positive, uncontradicted and of such a nature that it cannot rationally be disbelieved.’ ” Spinner v. Am. Broad. Cos., 215 Cal.App.4th 172, 155 Cal. Rptr.3d 32, 42 (2013). In my view, contested issues of fact precluded resolution of independent creation in this case, at least at the summary judgment stage. I would reverse this portion of the district court’s order and remand for further proceedings.